[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
The plaintiff, One Twenty Danbury Road, L.L.C., has appealed the assessment of its commercial property located at 74 Danbury Road, New Milford, in the amount of $421,470.00 based upon a total value of $620,000.00 on the tax list of October 1, 1992. The property was purchased in 1995 for a price of $130,000.00.
As stated in Xerox Corp. v. Board of Tax Review,240 Conn. 192 (1997) at 204, "We recently restated the basic principles of the law governing a tax appeal pursuant to § 12-117a. We observed that, in such an appeal, `the trial court tries the matter de novo and the ultimate question is the ascertainment of the true and actual value of the [taxpayer's] property. . . . At the de novo proceeding, the taxpayer bears the burden of establishing that the assessor has overassessed its property. . . . The trier of fact must arrive at his own conclusions as to the value of [the taxpayer's property] by weighing the opinion of the appraisers, the claims of the parties in light of all the circumstances in evidence bearing on value, and his own general knowledge of the elements going to establish value.". . . .
The plaintiff called as an expert witness Ray O'Neil, Jr. who testified that "given the zoning and neighboring land uses, the level of traffic and the condition of the site, commercial development of the property is considered the highest and best use." He concluded that in his opinion the fee simple value of the property as of October 1, 1982 was $231,500.00.
Mr. O'Neil examined four properties in reaching his estimate of value as follows:
Sale #1 Park Lane, 3.8 ac., B-1 and R-40, no flood hazard, sewer water Sale #2 Danbury Rd., 0.69 ac., B-1, no flood hazard, water Sale #3 Kent Road, 6.0 ac., B-1 zone, 2/3 in flood hazard, water Sale #4 Danbury Rd, 2.0 ac., I zone, no flood hazard CT Page 12069
____________________________________________________________________________ | SUBJECT | SALE #1 | SALE #2 | SALE #3 | SALE #4 _______________|_________|___________|_____________|___________|____________ LOCATION | | Route 202 | 177 Danbury | Kent Rd. | 527 Danbury _______________|_________|___________|_____________|___________|____________ SIZE | 4.63 | 3.80 | 0.69 | 6.07 | 2.00 _______________|_________|___________|_____________|___________|____________ ZONE | B-1 | B-1, R | B-1 | B-1 | I _______________|_________|___________|_____________|___________|____________ PRICE | | $500,000 | $350,000 | $280,000 | $165,000 _______________|_________|___________|_____________|___________|____________ SALES | | $131,579 | $507,246 | $46,129 | $82,500 PRICE/ACRE | | | | | _______________|_________|___________|_____________|___________|____________ | | | | | _______________|_________|___________|_____________|___________|____________ MARKET ADJUSTMENTS ____________________________________________________________________________ PROPERTY | | 0% | 0% | 0% | 0% RIGHTS | | | | | _______________|_________|___________|_____________|___________|____________ SALES | | 0% | 0% | 0% | 0% CONDITIONS | | | | | _______________|_________|___________|_____________|___________|____________ FINANCING | | 0% | 0% | 0% | 0% _______________|_________|___________|_____________|___________|____________ TIME/MARKET | | 0% | 0% | 0% | 0% _______________|_________|___________|_____________|___________|____________ NET | | 0% | 0% | 0% | 0% ADJUSTMENT | | | | | _______________|_________|___________|_____________|___________|____________ MARKET PRICE | | $131,579 | $507,246 | $46,129 | $82,500 _______________|_________|___________|_____________|___________|____________ | | | | | _______________|_________|___________|_____________|___________|____________ PROPERTY ADJUSTMENTS TO SUBJECT ____________________________________________________________________________ SIZE | | 0% | -80% | 0% | 0% _______________|_________|___________|_____________|___________|____________ | | $131,579 | $101,449 | $46,129 | $82,500 _______________|_________|___________|_____________|___________|____________ TERRAIN | | -50% | -50% | -10% | -50% _______________|_________|___________|_____________|___________|____________ | | $65,789 | $50,725 | $41,516 | $41,250 _______________|_________|___________|_____________|___________|____________ LOCATION | | 10% | 0% | 10% | 0% _______________|_________|___________|_____________|___________|____________ | | $72,368 | $50,725 | $45,667 | $41,250 CT Page 12070 _______________|_________|___________|_____________|___________|____________ ZONE | | 0% | 0% | 0% | 0% _______________|_________|___________|_____________|___________|____________ SHAPE | | 0% | 0% | 0% | 0% _______________|_________|___________|_____________|___________|____________ UTILITIES | | 0% | 0% | 0% | 0% _______________|_________|___________|_____________|___________|____________ | | | | | _______________|_________|___________|_____________|___________|____________ ADJUSTED | | $72,368 | $50,725 | $45,667 | $41,250 PRICE PER | | | | | ACRE | | | | | _______________|_________|___________|_____________|___________|____________ | | | | | _______________|_________|___________|_____________|___________|____________ ADJUSTED | | $335,066 | $234,855 | $211,439 | $190,988 SALE PRICE | | | | | _______________|_________|___________|_____________|___________|____________ AVERAGE | $52,503 | | | | _______________|_________|___________|_____________|___________|____________ VALUE AT | $243,087| | | | AVERAGE | | | | | _______________|_________|___________|_____________|___________|____________
Sale #2 is the sale geographically closest to the subject and the sale that is most clearly a market transaction, with no bank a participant in the sale. The adjusted indication of this sales is given greatest consideration and the most likely sales price of the subject as of the date of revaluation is estimated on the basis of $50,000 per acre and calculated to have been $231,500 for the 4.6 acre parcel. By sales comparison, then, it is the appraiser's conclusion that market value of the subject as of October 1, 1992 was:
 TWO HUNDRED THIRTY ONE THOUSAND FIVE HUNDRED DOLLARS ($231,500)
The appraiser reached the conclusion as to value as follows:
15. RECONCILIATION AND FINAL CONCLUSION
The subject property is a parcel of vacant, commercially zoned land. It is located at 120 Danbury Road in the Town of New Milford. The subject is 4.6 acres in size with approximately 600' feet frontage. Significantly, the subject slopes about 13% upwards from the street level and this grade necessitates extensive site work in order to create buildable area for development permitted by zoning. CT Page 12071
A feasible site plan has been filed with the Town which illustrates a plan for about 24,000 square feet of retail and restaurant area. This only about 50% or the coverage typically possible in the B-1 zoning district. Site slope constraints restrict the accomplishment of a greater intensity of development. Besides restricting use, the terrain also increases the cost of development. About 55,000 cubic yards will need to be excavated to prepare the site. There will also be nearly 500 feet of retaining walls required.
Still, the site has good frontage along a heavily travelled commercial highway and commercial development is considered its highest and best use. The level of land sales activity however has indicated that New Milford locations are less likely to sell than commercial sites in the other competitive regional towns. New Milford has captured only about 5% of commercial/industrial land sales activity in the region. Local brokers attribute this to the lack of full utility service and the failure to complete the planned "Super 7" limited access highway into the community.
Several commercial sales were reviewed to establish trends and estimate appropriate adjustments. Four commercial land sales were compared to the subject. The average indicated price was $52,503. The range of indicated values based on the unit prices was from $190,988 to $335,066. The average of the adjusted sales was $243,087. Considering the reliability of the sales data and the proximity to the subject, the most likely sales price of the subject as of October, 1992 was concluded to be $50,000 per acre which calculated to $231,500 for the 4.6 acre parcel. Based on the foregoing information and analysis and on the appraiser's experience, it is the appraiser's conclusion and final opinion that market value of the subject property as of October 1, 1992 was:
 TWO HUNDRED THIRTY ONE THOUSAND FIVE HUNDRED DOLLARS ($231,500)
The Town called a witness R. Bruce Hunter who gave his opinion that the fair market value of the property as of October 1, 1992 was $600,000.00. Mr. Hunter considered seven properties before reaching his conclusion as to value.
RECAPITULATION OF COMPARABLE SALES
____________________________________________________________________________ CT Page 12072 | | | | Land | | Sale Sale | | Date of| Sale | Area | | Price/ No | Location | Sale | Price |(Acre)| Zone | Acre _____|________________|________|__________|______|_________________|________ 1 | W/S U.S. |3/58/93|$1,715,000|10.417|B-2, General Bus.|$164,635 | Route 7 | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 2 | 177 Danbury |11/19/91| $350,000 | 0.689| B-1, Business |$508,200 | Road | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 3 | W/S Danbury |03/20/91| $600,000 | 3.518|B-2, General Bus.|$170,551 | Road E/S | | | | | | Sullivan Road | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 4 | E/S Litchfield |06/21/90| $500,000 | 3.799| B-1 and R-40 |$131,614 | Road | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 5 | W/S U.S. |02/28/89|$1,500,000| 9.697| B-2, General |$154,687 | Route 7 | | | | Bus. | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 6 | W/S U.S. |01/27/89| $600,000 | 4.009| I-Comm/Ind |$149,663 | Route 7 | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ 7 | 125 Danbury |12/30/88| $620,000 | 3.750| I-Comm/Ind |$165,333 | Road | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________ Sub- | W/S Danbury | | | 4.630| B-1, Business | ject | Road | | | | | | New Milford, CT| | | | | _____|________________|________|__________|______|_________________|________
RECAPITULATION OF ADJUSTMENTS ______________________________________________________________________ | Subject | Sale 1 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | W/S U.S. Route 7 | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | $164,635 | _________________________________________________|____________________| Element of Comparison | | _________________________________________________|____________________| CT Page 12073 Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | 0 | __________________________|______________________|____________________| Market Conditions | 10/01/92 | 0 | __________________________|______________________|____________________| Location | Good | 0 | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | 2 | __________________________|______________________|____________________| Shape | Rectangular | 0 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (3) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | (2) | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 7 | __________________________|______________________|____________________| Net Adjustment | | (3) | __________________________|______________________|____________________| Overall Adjustment | | Downward | __________________________|______________________|____________________| | | | __________________________|______________________|____________________| | Subject | Sale 2 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | 177 Danbury Road | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $508,200 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | CT Page 12074 __________________________|______________________|____________________| Conditions of Sale | Typical | (5) | __________________________|______________________|____________________| Market Conditions | 10/01/92 | (1) | __________________________|______________________|____________________| Location | Good | (2) | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | (5) | __________________________|______________________|____________________| Shape | Rectangular | 0 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (5) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | (4) | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | (3) | __________________________|______________________|____________________| Gross Adjustment | | 25 | __________________________|______________________|____________________| Net Adjustment | | (25) | __________________________|______________________|____________________| Overall Adjustment | Downward | _________________________________________________|____________________|
______________________________________________________________________ | Subject | Sale 3 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | W/S Danbury Road | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $170,551 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | (4) | __________________________|______________________|____________________| CT Page 12075 Market Conditions | 10/01/92 | (1) | __________________________|______________________|____________________| Location | Good | 0 | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | 0 | __________________________|______________________|____________________| Shape | Rectangular | 1 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (1) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | 1 | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 8 | __________________________|______________________|____________________| Net Adjustment | | (4) | __________________________|______________________|____________________| Overall Adjustment | | Downward | __________________________|______________________|____________________|
______________________________________________________________________ | Subject | Sale 4 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | E/S Litchfield Road| | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $131,614 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | 0 | __________________________|______________________|____________________| Market Conditions | 10/01/92 | (2) | __________________________|______________________|____________________| Location | Good | 3 | CT Page 12076 __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | 0 | __________________________|______________________|____________________| Shape | Rectangular | 0 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (2) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | 1 | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 8 | __________________________|______________________|____________________| Net Adjustment | | 0 | __________________________|______________________|____________________| Overall Adjustment | | None | __________________________|______________________|____________________| | | | __________________________|______________________|____________________| | Subject | Sale 5 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | W/S U.S. Route 7 | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $154,687 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | 0 | __________________________|______________________|____________________| Market Conditions | 10/01/92 | (3) | __________________________|______________________|____________________| Location | Good | 0 | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| CT Page 12077 Size | 4.63 | 2 | __________________________|______________________|____________________| Shape | Rectangular | 1 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (3) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | 0 | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 9 | __________________________|______________________|____________________| Net Adjustment | | (3) | __________________________|______________________|____________________| Overall Adjustment | | Downward | __________________________|______________________|____________________| | | | __________________________|______________________|____________________| | Subject | Sale 6 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | W/S U.S. Route 7 | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $149,633 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | 0 | __________________________|______________________|____________________| Market Conditions | 10/01/92 | (3) | __________________________|______________________|____________________| Location | Good | 0 | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | 0 | __________________________|______________________|____________________| Shape | Rectangular | 2 | CT Page 12078 __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (3) | | Surface | | __________________________|______________________|____________________| Road frontage/Access | 600'/Good | 2 | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 10 | __________________________|______________________|____________________| Net Adjustment | | (2) | __________________________|______________________|____________________| Overall Adjustment | | Downward | __________________________|______________________|____________________| | | | __________________________|______________________|____________________| | Subject | Sale 7 | __________________________|______________________|____________________| Property Address | W/S Danbury Road | 125 Danbury Road | | New Milford, CT | New Milford, CT | __________________________|______________________|____________________| Sale Price/Acre | | $165,333 | __________________________|______________________|____________________| Element of Comparison | | | __________________________|______________________|____________________| Property Rights | Fee Simple | 0 | __________________________|______________________|____________________| Financing Terms | Cash or Equiv. | 0 | __________________________|______________________|____________________| Conditions of Sale | Typical | 0 | __________________________|______________________|____________________| Market Conditions | 10/01/92 | (4) | __________________________|______________________|____________________| Location | Good | 0 | __________________________|______________________|____________________| Physical Characteristics | | | __________________________|______________________|____________________| Size | 4.63 | 0 | __________________________|______________________|____________________| Shape | Rectangular | 2 | __________________________|______________________|____________________| Topography/Soils | Rising/Rock near | (3) | | Surface | | CT Page 12079 __________________________|______________________|____________________| Road frontage/Access | 600'/Good | 2 | __________________________|______________________|____________________| Available Utilities | W, T, E | 0 | __________________________|______________________|____________________| Use/Zoning | B-1, Business | 0 | __________________________|______________________|____________________| Gross Adjustment | | 11 | __________________________|______________________|____________________| Net Adjustment | | (3) | __________________________|______________________|____________________| Overall Adjustment | | Downward | __________________________|______________________|____________________|
The conclusion of Mr. Hunter's is as follows:
 As demonstrated in the Recapitulation of Adjustments, Sales 1, 3, 4, and 5 require the least gross adjustment in comparison to the subject and are given the greatest weight in reconciling a final value estimate. Little weight has been placed on Sale 2 which requires substantial adjustments and has been included primarily for informational purposes. However, some weight is placed on each of the other comparable sales as each sale is considered to provide a valid indication of market value after appropriate adjustments have been made.
 Based upon an analysis of the preceding sale information and after considering the direction and intensity of adjustments required for the elements of comparison, our opinion is that the subject 4.63 acre parcel of land is estimated to have a fee simple market value as of October 1, 1992 ranging from $125,000 to $135,000 per acre or from $578,750 to $625,050, with $600,000 considered to be the most likely selling price and indicated market value of the property.
 ESTIMATED MARKET VALUE VIA SALES COMPARISON APPROACH -------------------------- $600,000
CT Page 12080
While the qualification of each appraiser was conceded, the court after reviewing the exhibits and testimony rejects both opinions. The comparables used by Mr. O'Neil are minimal and Mr. Hunter could not explain in dollar figures the adjustments necessary on his comparable sale. "The acceptance or rejection of an opinion of a qualified expert is matter for the trier of fact. . . ." National Felding Box Co. v. New Haven,146 Conn. 578, 586; Mather v. Griffin Hospital, 207 Conn. 125, 145.
While rejecting the opinion of each expert, the court finds a rational basis to determine value in this case. Comparable number 1 used by Mr. Hunter was a sale to K-Mart for $1,715,000. The buyer had approval to construct a commercial building containing 109,200 square feet at an average cost of $15.71 per square foot. The plaintiff planned to construct a facility containing 25,200 square feet. Using the $15.71 dollar figure for the plaintiff's property, one would reach a value of $395,892.00 or approximately $400,000.00. To this figure there must be an adjustment for lack of permits which the court finds reasonably to be 10% or $40,000.00, leaving a value of $360,000.00. In reaching a determination of value, the court may weigh its own knowledge of elements of value which it has done in considering a reduction based upon lack of permits. Hartford Federal Savings Loan Assn.v. Tucker, 196 Conn. 172, 183.
For the reasons set forth, the court finds that the appeal is sustained and the value for tax purposes based upon a 70% valuation as of October 1, 1992 is $252,000.00. Judgment may enter accordingly.
HON. WALTER M. PICKETT, JR. State Judge Referee